UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY EARL MURPHY, SR,

    Petitioner,

v.                                              Case No. 3:24cv418-TKW-HTC

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's amended §2254 petition must be dismissed under 28 U.S.C. §2244(b) because it is an unauthorized successive petition. Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     The amended petition under 28 U.S.C. §2254, challenging the conviction in *State v. Murphy*, Volusia County circuit court case number 2006 CF

33971 (Doc. 6) is DISMISSED WITHOUT PREJUDICE as an unauthorized successive petition.

3. The prematurely entered Order Denying Permission to Appeal in Forma Pauperis (Doc. 12) is reaffirmed.

4. The Clerk Shall enter judgment in accordance with this Order and close the file.

**DONE AND ORDERED** this 18th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv418-TKW-HTC